UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| RELENTLESS LAND COMPANY, LLC AND BAYOU DES SOTS, LLC,<br>Plaintiffs | CIVIL ACTION NO. 1:21-CV-03515 |
| VERSUS | JUDGE DRELL |
| THE AVOYELLES PARISH POLICE JURY,<br>Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (*de novo*) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the Police Jury's Rule 12(b)(1) Motion to Dismiss (ECF No. 9) is GRANTED for lack of subject matter jurisdiction, and that Plaintiffs' action is DISMISSED WITHOUT PREJUDICE.

THUS ORDERED AND SIGNED in chambers in Alexandria, Louisiana on this 26TH day of October 2022.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT